| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) James P. Diwik & Mary Creer Richardson Sedgwick Detert Moran & Arnold LLP One Embarcadero Center, 16th Floor San Francisco, CA 94111 (415) 781-7900 | **FILED** OCT 2 8 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| INTERNATIONAL FIDELITY INSURANCE COMPANY<br><br>VS ─────────────────────── PLAINTIFF(S)<br><br>DIAMOND OAKS CONSTRUCTION COMPANY, JAMES PELLETIER, JANICE PELLETIER, PELLETIER FAMILY LI<br>DEFENDANT(S) | CASE NUMBER<br>CV 04-01978 VRW ARB<br><br>[x] **RIGHT TO ATTACH ORDER AFTER HEARING**<br>[x] **ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING** |
|---|---|

1. The application of plaintiff *(name):* International Fidelity Insurance Company

   for [x] a right to attach order and order for issuance of writ of attachment
   [ ] an order for issuance of writ of attachment
   against the property of defendant *(name):* Diamond Oaks Construction Company
   came on for hearing as follows *(check boxes in item 1c and d to indicate personal presence):*
   a. Judge *(name):* The Honorable Vaughn Walker
   b. Hearing date: September 8, 2005   time: 2:00 p.m.   Courtroom 6
   c. [x] Plaintiff *(name):* International Fidelity Ins. Co.   [x] Attorney *(name):* James Diwik, Mary C. Richardson
   d. [ ] Defendant *(name):*   [x] Attorney *(name):*

**FINDINGS**

2. THE COURT FINDS
   a. Defendant is a
      [x] corporation   [ ] partnership   [ ] unincorporated association   [ ] natural person
   b. [x] The claim upon which the application is based is one upon which an attachment may be issued.
   c. [x] Plaintiff has established the probable validity of the claim upon which the application is based.
   d. [x] The attachment is not sought for a purpose other than the recovery on the claim upon which the application is based.
   e. [x] Defendant failed to prove that all of the property described in plaintiff's application is exempt from attachment.
   f. [ ] The following property of defendant, described in plaintiff's application, is exempt from attachment *(specify):*

   g. [ ] The following property, not described in plaintiff's application, claimed by defendant to be exempt
      (1) [ ] is exempt from attachment *(specify):*

      (2) [ ] is not exempt from attachment *(specify):*

   h. [x] An undertaking in the amount of $ 10,000.00   is required before a writ shall issue, and plaintiff
      [x] has   [ ] has not   filed an undertaking in that amount.
   i. [ ] A Right to Attach Order pursuant to   [ ] CCP 484.090 (on hearing)   [ ] CCP 485.220 (ex parte)
      was issued on *(date):*
   j. [ ] The court pursuant to CCP 485.240 found plaintiff is entitled to a Right to Attach Order on *(date):*
   k. [ ] Other *(specify):*

*(Continued on reverse)*

CV-4b 5/86 | **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)** | CCD-4B

| SHORT TITLE: | CASE NUMBER: CV 04-01978 VRW ARB |
|---|---|

# ORDER

3. IT IS ORDERED
   a. [X] Plaintiff has a right to attach property of defendant (name): Diamond Oaks Construction Company

      in the amount of $ ~~$2,736,935.43~~ $2,734,971.56

   b. [ ] The property described in items 2f and 2g(1) of the findings is exempt and shall not be attached.
   c. [X] The clerk shall issue a writ of attachment [X] forthwith [ ] upon the filing of an undertaking
      in the amount of $ 0.00                    against defendant for

      (1) [X] any property of a defendant who is not a natural person for which a method of levy is provided.
      (2) [ ] property of a defendant who is a natural person (describe property and identify statute authorizing method of levy):

      Where required provide the following additional information:
      (a) [ ] The property is in the possession, custody or control of a nondefendant, or a nondefendant has an interest in the property (state the name and address of the nondefendant):

      (b) [ ] The property is a crop, timber, or mineral or the like (describe the real property on which it is located):

      (c) [ ] The property is money of a defendant who is a natural person, and the property is
         (i) [ ] located on the premises where a trade, business, or profession is conducted by defendant;
         (ii) [ ] in excess of $1,000 located elsewhere than on the premises where a trade, business, or profession is conducted by defendant and not in deposit accounts;
         (iii) [ ] located in a deposit account in excess of $1,000;
         (iv) [ ] in excess of an aggregate amount of $1,000 located
            [ ] in deposit accounts,
            [ ] in a deposit account and money located elsewhere than on the premises where a trade, business, or profession is conducted by defendant.

   d. [ ] Defendant (name):

      [ ] who was personally present when the following order was pronounced orally by the court shall transfer to the levying officer possession of
         [ ] any documentary evidence in defendant's possession of title to any property described in item 3c;
         [ ] any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
         [ ] the following property in defendant's possession (specify):

      **NOTICE TO DEFENDANT:** Failure to comply with this order may subject you to arrest and punishment for contempt of court.

   e. [ ] Other:

   f. Total number of boxes checked in item 3: 4

Date: ~~September 8~~ Oct 26, 2005

_____
(TYPE OR PRINT NAME)

_____
(Signature of Magistrate)

CV-4b 5/86   **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**   Page two